IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JEAN JONES §<br>   *Plaintiff,* §<br>§<br>v. §<br>§<br>§<br>§<br>PORTFOLIO RECOVERY ASSOCIATES, §<br>LLC and WESTERN SURETY COMPANY §<br>   *Defendant.* § | Case No. 1:16-cv-00572-RP |

**DEFENDANTS PORTFOLIO RECOVERY ASSOCIATES, LLC & WESTERN SURETY COMPANY'S STATEMENT AND IDENTIFICATION OF EXHIBITS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendants Portfolio Recovery Associates, LLC ("PRA") and Western Surety Company ("Defendants"), and file their Statement and Identification of Exhibits Expected to be Offered for Introduction at Trial, pursuant to Local Rule 16(e)(4):

| **Exhibit** | **Expected or Contingent** | **Name of Exhibit** |
|:---:|---|---|
| A | Expected | Jean Jones Account History. PRA 0001-0007 |
| B | Expected | PRA Policies and Procedures for Customer Disputes Procedures. |
| C | Expected | PRA Disputes Department Supplemental Training Manual. |
| D | Expected | PRA Policies and Procedures for Making and Deleting Credit Reports. |
| E | Contingent upon admission of Plaintiff's Dispute Letter | Dispute Facsimile, Joseph Ozmun |
| F | Contingent upon admission of Plaintiff's Dispute Letter | Dispute Facsimile, Nicolas Palomo |
| G | Contingent upon admission of Plaintiff's Dispute Letter | Dispute Facsimile, Bradley Cousins |

WHEREFORE, PREMISES CONSIDERED, Defendants prays the Court accept the foregoing Statement and Identification of Exhibits Expected to be Offered and Introduced at Trial.

Respectfully submitted,

**MALONE AKERLY MARTIN PLLC**

*/s/* Robbie Malone
ROBBIE MALONE
State Bar No. 12876450
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV
State Bar No. 24078928
Email: xmartin@mamlaw.com
**MALONE AKERLY MARTIN PLLC**
NCX Building, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
P: 214-346-2630 | F: 214-346-2631
E-mail: rmalone@mamlaw.com
***ATTORNEYS FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the Defendants Portfolio Recovery Associates, LLC & Western Surety Company's Statement and Identification of Exhibits has been forwarded via CM/ECF on this 14th day of August, 2017 to:

Michael Wood
Community Lawyers Group, Ltd.
University Park
3300 N. Interstate Hwy 35, Suite 7018
Austin, TX 78722
P. 512-524-9352 | F. 512-593-5976
mwood@communitylawyersgroup.com

Tyler Hickle
Law Office of Tyler Hickle
4005C Banister Lane, Ste. 120C
Austin, TX 78704
P: 512-289-3831 | F: 512-870-9505
tylerhickle@hicklelegal.com

Celetha C. Chatman
Community Lawyers Group Ltd
73 W Monroe
Chicago, IL 60603
P: 312-757-1880 | F: 312-265-3227
cchatman@communitylawyersgroup.com

Robert Zimmer
707 West 10th St.
Austin, TX 78701
P: 215-434-0306 | F: 210-943-6954
zimmerlaw@gmail.com

/s/ Robbie Malone
ROBBIE MALONE