UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEAN JONES, | § | |
| | § | |
| PLAINTIFF | § | CASE NUMBER: 1:16-cv-00572-RP |
| | § | |
| v. | § | |
| | § | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, and WESTERN SURETY CO., | § § § | Honorable Robert Pittman |
| | § | |
| DEFENDANTS. | § | |

## PLAINTIFF JEAN JONES'S STATEMENT AND IDENTIFICATION OF EXHIBITS

Plaintiff JEAN JONES ("Plaintiff"), by and through her attorneys, submits this Statement and Identification of Exhibits Expected to be Offered for Introduction at Trial, pursuant to Local Rule 16(e)(4):

| Exhibit | Expected or Contingent | Name of Exhibit |
|---|---|---|
| A | Expected | Plaintiff Jean Jones's Dispute Letter |
| B | Expected | Plaintiff Jean Jones's Home Shopping Network Credit Card Account Statements. (PRA 0034-0071) |

Respectfully submitted,

By: ⎯⎯/s/ *Robert Zimmer*
One of Plaintiff's Attorneys

Robert Zimmer
**Zimmer & Associates**
707 West 10th Street
Austin, TX  78701
Phone: (512) 434-0306
Fax: (310) 943-6954
zimmerlawTX@gmail.com

[additional signature block & certificate of service on next page]

1

Michael Wood<br>
Celetha Chatman<br>
**Community Lawyers Group, Ltd.**<br>
University Park<br>
3300 N. Interstate Hwy 35, Suite 7018<br>
7th Floor<br>
Austin, TX 78722<br>
Ph: (512)524-9352<br>
Fx: (512)593-5976<br>
cchatman@communitylawyersgroup.com<br>
mwood@communitylawyersgroup.com

**CERTIFICATE OF SERVICE**

    I, Robert Zimmer, an attorney, hereby certify that on 17 August 2017, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: August 17, 2017**                                                         Respectfully submitted,

                                                    By:      /s/ *Robert Zimmer*