UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEAN JONES, | § | |
| | § | |
| PLAINTIFF | § | CASE NUMBER: 1:16-cv-00572-RP |
| | § | |
| v. | § | |
| | § | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, and WESTERN SURETY CO., | § | Honorable Robert Pittman |
| | § | |
| DEFENDANTS. | § | |

**PLAINTIFF JEAN JONES'S STATEMENT OF STIPULATED FACTS**

Plaintiff JEAN JONES ("Plaintiff"), by and through her attorneys, submits this Statement of Stipulated Facts, pursuant to Local Rule 16(e)(3):

1. None.

Respectfully submitted,

By:   /s/ *Robert Zimmer*
One of Plaintiff's Attorneys

Robert Zimmer
**Zimmer & Associates**
707 West 10th Street
Austin, TX  78701
Phone: (512) 434-0306
Fax: (310) 943-6954
zimmerlawTX@gmail.com

[additional signature block on following page]

1

Michael Wood  
Celetha Chatman  
**Community Lawyers Group, Ltd.**  
University Park  
3300 N. Interstate Hwy 35, Suite 7018  
7th Floor  
Austin, TX 78722  
Ph: (512)524-9352  
Fx: (512)593-5976  
cchatman@communitylawyersgroup.com  
mwood@communitylawyersgroup.com  

**CERTIFICATE OF SERVICE**

    I, Robert Zimmer, an attorney, hereby certify that on 17 August 2017, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: August 17, 2017**                                                                                     Respectfully submitted,

                                                                                                    By:   /s/ *Robert Zimmer*