IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
Aug. 2 9 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| JEAN JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:16-CV-572-RP |
| | § | |
| PORTFOLIO RECOVERY ASSOCIATES | § | |
| and WESTERN SURETY, CO., | § | |
| | § | |
| Defendants. | § | |

## VERDICT FORM

### FDCPA

**Special Interrogatory No. 1:** Do you find that the debt Defendants sought to collect from Plaintiff was an obligation to pay money arising out of a transaction in which the money, property, insurance, or services were incurred primarily for personal, family, or household purposes, and is thus a consumer debt?

YES ___✓___     NO _____

If your answer is "YES," please proceed to Special Interrogatory No. 2. If your answer is "NO," please proceed to Special Interrogatory No. 4.

**Special Interrogatory No. 2:** Do you find from a preponderance of the evidence that Defendant (1) did not act intentionally when it committed the statutory violation; AND (2) the violation resulted from a genuine error; AND (3) the error was made despite the maintenance of procedures reasonably adopted to avoid the error? You may only answer "Yes" if all three elements are met.

YES _____     NO ___✓___

If your answer is "NO," please proceed to Special Interrogatory No. 3. If your answer is "YES," please proceed to Special Interrogatory No. 4.

**Special Interrogatory No. 3:** What sum of money do you believe Plaintiff should be awarded for statutory damages? You may award up to $1,000.00.

Amount of statutory damages: $ _1,000.00_

1

## TCDA

**Special Interrogatory No. 4:** Do you find that the debt Defendants sought to collect from Plaintiff was an obligation or alleged obligation, primarily for personal, family, or household purposes and arising from a transaction or alleged transaction, and is thus a consumer debt?

YES __✓__          NO _____

If your answer is "YES," please proceed to Special Interrogatory No. 5. If your answer is "NO," do not answer any additional questions.

**Special Interrogatory No. 5:** Do you find from a preponderance of the evidence that Defendant (1) did not act intentionally when it committed the statutory violation; AND (2) the violation resulted from a genuine error; AND (3) the error was made despite the maintenance of procedures reasonably adopted to avoid the error? You may only answer "Yes" if ALL THREE elements are met.

YES _____          NO __✓__

If your answer is "NO," please proceed to Special Interrogatory No. 6. If your answer is "YES," do not answer any additional questions.

**Special Interrogatory No. 6:** What sum of money do you believe Plaintiff should be awarded for statutory damages? You may award no less than $100 per violation.

Amount of statutory damages: $ __60,000 total__

SIGNED this __8__ day of __29__,

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
_____
PRESIDING JUROR