| | | | |
|---|---|---|---|
| AO 435 (Rev. 03/08) (WDTX Mod. 6/5/08) | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | FOR COURT USE ONLY | |
| *Please Read Instructions:* | | DUE DATE: | |

| 1. NAME Cooper Walker | 2. PHONE NUMBER (214) 346-2630 | 3. DATE 8/30/2017 | |
|---|---|---|---|
| 4. MAILING ADDRESS 8750 N. Central Expwy, Suite 1850 | 5. CITY Dallas | 6. STATE Texas | 7. ZIP CODE 75231 |
| 8. CASE NUMBER 1:16-cv-00572-RP | 9. JUDGE Pitman | DATES OF PROCEEDINGS | |
| | | 10. FROM 8/29/2017 | 11. TO 8/29/2017 |
| 12. CASE NAME Jones v. Portfolio Recovery Associates, LLC et al | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Austin | 14. STATE Texas |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Entire Trial | 8/29/17 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE *[signed]*

19. DATE 8/30/2017

ESTIMATE TOTAL

PROCESSED BY

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY