IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEAN JONES | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 1:16-cv-00572-RP |
| | § | |
| | § | |
| PORTFOLIO RECOVERY | § | |
| ASSOCIATES, LLC and WESTERN | § | |
| SURETY COMPANY | § | |
|    *Defendants.* | | |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBITS IN SUPPORT OF MOTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendants Portfolio Recovery Associates, LLC ("PRA") and Western Surety Company ("Western") (together "Defendants") by and through counsel and files this Unopposed Motion for Leave to File Supplemental Exhibits in Support of Motions and will show onto this Court as follows:

**I.**

1.   Defendants filed their Renewed Motion for Judgment as a Matter of Law and Motion for New Trial with this Court (the "Motions"). Docs. 89 & 90. These Motions are based on the trial transcript from the trial conducted on August 29, 2017, before this Court. Defendants had ordered two transcripts from the Court, one of which contained only the trial transcript itself (the "trial transcript"), and one of which contained the pretrial conference, voir dire, and trial transcript (the "complete transcript"). The Motions contain citations to the trial transcript while the complete transcript was attached. Defendant now files this Motion for Leave to clarify the citations and the record.

2. Attached to this Motion as <u>Exhibit A</u> is a copy of the trial transcript, which corresponds to the page numbers found in Defendants' Motions.

3. Defendants offer the following tables of corrections to clarify the page citations:

Motion for New Trial:

| Original Page Cite | Corrected Page Cite |
|---|---|
| 40-41 | 120-122 |
| 45:10 | 126:6 |
| 48:18-22 | 129:15-19 |
| 69:15-23 | 150:15-23 |
| 69:24-70:19 | 150:24-151:19 |
| 110:1-7 | 191:1-7 |
| 113:17-19 | 194:17-19 |
| 114 | 195 |
| 133 | 214 |

Renewed Motion for Judgment as Matter of Law:

| Original Page Cite | Corrected Page Cite |
|---|---|
| 32-33 | 113-114 |
| 48:18-22 | 129:15-19 |
| 69:15-23 | 150:15-23 |
| 69:24-70:19 | 150:24-151:19 |

4. Defendants have also attached these tables as a separate <u>Exhibit B</u> for the convenience of the Court.

**II.**

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request this Court grant this Motion for Leave.

[S<small>IGNATURE</small> B<small>LOCK ON</small> N<small>EXT</small> P<small>AGE</small>]

        Respectfully submitted,

**MALONE AKERLY MARTIN PLLC**

*/s/* Robbie Malone
ROBBIE MALONE
State Bar No. 12876450
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV
State Bar No. 24078928
Email: xmartin@mamlaw.com
**MALONE AKERLY MARTIN PLLC**
NCX Building, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

***COUNSEL FOR DEFENDANTS***

## CERTIFICATE OF CONFERENCE

On October 19, 2017, counsel for Defendants conferred with counsel for Plaintiff regarding this motion. Plaintiff is unopposed.

        */s/* Xerxes Martin
        Xerxes Martin

[CERTIFICATE OF SERVICE ON NEXT PAGE]

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been forwarded **via CM/ECF** on this 19th day of October, 2017, to:

| | |
|---|---|
| Michael Wood | Robert Zimmer, Jr. |
| Community Lawyers Group, Ltd. | Zimmer & Associates |
| University Park | 707 W. 10th St. |
| 3300 N. Interstate Hwy 35, Suite 7018 | Austin, TX 78701 |
| P. 512-524-9352 \| F. 512-593-5976 | P: 512-434-0306 \| F: 310-943-6954 |
| mwood@communitylawyersgroup.com | zimmerlawTX@gmail.com |
| | |
| Celetha Chatman | Amy Elizabeth Clark |
| Community Lawyers Group, Ltd. | Amy Clark Law |
| 73 W Monroe | 11801 Domain Blvd. |
| Chicago, IL 60603 | 3rd floor |
| P: 312-757-1880 \| F: 312-265-3227 | Austin, TX 78758 |
| cchatman@communitylawersgroup.com | (512) 850-5290 |
| | Fax: (626) 737-6030 |
| | amyck1@gmail.com |

*Attorneys for Plaintiff*

                                         */s/* Robbie Malone
                                         ROBBIE MALONE