# EXHIBIT A

**This exhibit contains all of the time records for each attorney for whom Plaintiff seeks fees. For easy reference, the totals are as follows:**

Community Lawyers Group (Wood and Chatman): $41,389.00 in fees, $625.55 in expenses

Amy Clark: $8,720 in fees, no expenses

Robert Zimmer: $10,432.50 in fees, no expenses

Daniel Brown: $45,560 in fees, $851.49 in expenses

Community Lawyers, LLC.

Time and Expenses For: Jones v. Portfolio Recovery Associates, LLC. et al 16-cv-00572

| Date | Person | Task/Activity Description | Time | Hour | Total |
|---|---|---|---|---|---|
| 5/10/16 | MW | File intake, being dunned on a credit card account by PRA. Referral, account not accurate. | 1.30 | $372.00 | $483.60 |
| 5/13/16 | MW | Draft complaint, compare to atty notes, updates to timeline. File in ECF. | 3.00 | $372.00 | $1,116.00 |
| 5/13/16 | MW | Case assigned to Judge Pitman read, review and note standing order, | 0.20 | $372.00 | $74.40 |
| 6/10/16 | CC | Read, review and note Defendant's PRA Answer and Affirmative Defenses. Prepare notes for motion to strike. | 1.20 | $335.00 | $402.00 |
| 6/10/16 | CC | Read, review and note Defendant's Western Surety Company Answer and Affirmative Defenses. Prepare notes for motion to strike. | 1.20 | $335.00 | $402.00 |
| 6/11/16 | CC | Read and Review Defendant's Certificate of Interested Parties | 0.10 | $335.00 | $33.50 |
| 6/13/16 | CC | Edit and File Defendant's Proposed Schedule Order | 1.00 | $335.00 | $335.00 |
| 8/11/16 | CC | Note status hearing is schedule for 8/23/2016 | 0.10 | $335.00 | $33.50 |
| 8/23/16 | CC | Note and calendar dates in scheduling order | 0.20 | $335.00 | $67.00 |
| 8/29/16 | CC | Receive email from OC regarding scheduling Plaintiff's deposition | 0.10 | $335.00 | $33.50 |
| 9/1/16 | CC | Receive and Respond to OC email regarding Plaintiff's deposition | 0.10 | $335.00 | $33.50 |
| 9/5/16 | CC | Draft Plaintiff's Rule 26(a)(1) Disclosures | 1.00 | $335.00 | $335.00 |
| 9/5/16 | CC | Draft Plaintiff's Request To Admit | 1.20 | $335.00 | $402.00 |
| 9/6/16 | CC | Draft Plantiff's Request For Production of Documents | 2.30 | $335.00 | $770.50 |
| 9/6/16 | CC | Draft Plaintiff's Interrogatories | 2.20 | $335.00 | $737.00 |
| 9/6/16 | MW | Review & Finalize Plaintiff's First Set of Discovery Request to Defendant | 1.40 | $372.00 | $520.80 |
| 10/4/16 | CC | Email OC settlement demand along with a draft settlement agreement | 0.40 | $335.00 | $134.00 |
| 10/6/16 | MW | Receive & Respond to OC email regarding discovery extension | 0.10 | $372.00 | $37.20 |
| 10/6/16 | MW | T/C with co-counsel Tyler Hickle regarding deposition of Jean Jones | 0.30 | $372.00 | $111.60 |
|  | CC |  | 0.30 | $335.00 | $100.50 |
| 10/24/16 | CC | Receive & Review Defendant's Responses To Plaintiff's First Set of Discovery Request, notate deficiencies for motion to compel | 3.00 | $335.00 | $1,005.00 |
| 11/15/16 | CC | Draft and File ADR Report | 1.00 | $335.00 | $335.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/28/16 | CC | Receive & Review Defendant's Supplemental Answers to Plaintiff's Reqeust For Production of Documents | 2.30 | $335.00 | $770.50 |
| 1/5/17 | MW | Read, Review, & Note Defendant's Motion For Summary Judgment, (i.e. see if we can respond) | 2.00 | $372.00 | $744.00 |
| 1/9/17 | CC | Receive & Respond to email from co-counsel RZ regarding Defendant's motion for summary judgment | 0.20 | $335.00 | $67.00 |
| 1/19/17 | CC | Draft & File Plaintiff's Motion To Defer Consideration of Defendant's Motion For Summary Judgment | 2.30 | $335.00 | $770.50 |
| 2/18/17 | MW | T/C with co-counsel regarding motion for summary judgment | 0.30 | $372.00 | $111.60 |
|  | CC |  | 0.30 | $335.00 | $100.50 |
| 2/20/17 | CC | Read & Edit Plaintiff's Motion For Summary Judgment | 1.30 | $335.00 | $435.50 |
| 2/20/17 | CC | Read & Edit Plaintiff's Response to Defendant's Motion For Summary Judgment | 1.40 | $335.00 | $469.00 |
| 2/28/17 | CC | Read, Review & Take Note on Defendant's Reply to Defendant's Motion For Summary Judgment (i.e. see if sur-reply is needed | 1.20 | $335.00 | $402.00 |
| 3/7/17 | CC | Read, Review & Take Note on Defendant's Response to Plaintiff's Motion For Summary Judgment | 1.20 | $335.00 | $402.00 |
| 3/13/17 | CC | Draft & Edit Plaintiff's Reply to Plaintiff's Motion For Summary Judgment | 1.40 | $335.00 | $469.00 |
| 3/17/17 | CC | Receive and Respnd to OC email regarding Defendant's motion to strike Plaintiff's Reply to Plaintiff's Motion For Summary Judgment | 0.20 | $335.00 | $67.00 |
| 3/28/17 | CC | Read & Review & Take Note on Defendant's Motion To Strke Exhibits to Plaintiff's Reply to Plaintiff's Motion For Summary Judgment | 1.00 | $335.00 | $335.00 |
| 3/28/17 | CC | Read & Review & Take Note on Defendant's Motion For Leav to File Sur-reply | 1.00 | $335.00 | $335.00 |
| 5/18/17 | CC | Receive & Respond to email from co-counsel regarding withdrawing drawing from case and | 0.30 | $335.00 | $100.50 |
| 7/10/17 | CC | Draft & File Plaintiff's Motion For Leave To File Supplemental Authority | 1.40 | $335.00 | $469.00 |
| 7/17/17 | CC | Read, Review & Take Note on Defendant's Response to Plaintiff's Motion For Leave to File Supplemental Authority | 0.40 | $335.00 | $134.00 |
| 8/14/17 | CC | Draft & File Plaintiff's Motion For Extension of Time To File Pre-Trial Material | 1.30 | $335.00 | $435.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/15/17 | CC | Read, Review & Take Note on Defendant's Response to Plaintiff's Motion For Extension of Time to File Pre-Trial Material | 0.30 | $335.00 | $100.50 |
| 8/15/17 | CC | Read Order granting in part and denying in part Plaintiff's Motion For Extension of Time | 0.10 | $335.00 | $33.50 |
| 8/15/17 | CC | Calendar trial date schedule for 8/29/2017 | 0.10 | $335.00 | $33.50 |
| 8/15/17 | MW | Read, Review & Take Note on Proposed Jury Instructions by PRA | 2.30 | $372.00 | $855.60 |
| 8/15/17 | MW | Read, Review, & Take Note on Defendant's List of Defenses For Voire Dire | 0.20 | $372.00 | $74.40 |
| 8/15/17 | MW | Read, Review & Take Note on Defendant's Exhibit's List | 0.20 | $372.00 | $74.40 |
| 8/15/17 | MW | Read, & Review Defendant's Notice of Estimation of Trial Length | 0.20 | $372.00 | $74.40 |
| 8/15/17 | MW | Read, Review, & Take Note on Defendant's Motion In Limine | 2.30 | $372.00 | $855.60 |
| 8/16/17 | MW | Read,Review & Take Note on Defendant's Proposed Voire Dire | 1.00 | $372.00 | $372.00 |
| 8/16/17 | MW | Read, Review & Take Note on Defendant's statement of disputed facts | 0.40 | $372.00 | $148.80 |
| 8/16/17 | MW | Read, Review & Take Note on Defendants Witness list | 0.30 | $372.00 | $111.60 |
| 8/16/17 | CC | Read & Review Court Memorandum & Opinion granting in part and denying in part Plaintiff's Motion For Summary Judgment | 0.40 | $335.00 | $134.00 |
| 8/16/17 | CC | Draft Plaintiff's Proposed Jury Instructions | 3.50 | $335.00 | $1,172.50 |
| 8/16/17 | CC | Draft Plaintiff's Proposed Voire Dire Questions | 2.00 | $335.00 | $670.00 |
| 8/16/17 | CC | Draft Plaintiff's Proposed List of Claims For Judge's Voir Dire | 1.30 | $335.00 | $435.50 |
| 8/16/17 | CC | Draft and File Plaintiff's Proposed Estimation of Trial Length | 0.30 | $335.00 | $100.50 |
| 8/17/17 | MW | Edit Plaintiff's Proposed Jury Instructions | 1.40 | $372.00 | $520.80 |
| 8/17/17 | MW | Edit Plaintiff's Proposed Voire Dire Questions | 1.00 | $372.00 | $372.00 |
| 8/17/17 | CC | Draft & File Motion In Limine in Reference to Attorney Fees | 1.30 | $335.00 | $435.50 |
| 8/17/17 | CC | Draft & File Motion in Limine Regarding Underlying Debt | 1.20 | $335.00 | $402.00 |
| 8/17/17 | CC | Draft & File Motion in Limine Regarding Attorney Motives | 1.30 | $335.00 | $435.50 |
| 8/17/17 | CC | Draft & File Motion in Limine Regarding Admitted Matters | 1.20 | $335.00 | $402.00 |
| 8/17/17 | CC | Draft & File Motion in Liminie Regarding Offers of Judgment | 1.00 | $335.00 | $335.00 |
| 8/24/17 | CC | Read & Review & Take Note on Defendant's Response/ Objection to Plaintiff's Identification & Statement of Witness | 1.20 | $335.00 | $402.00 |
| 8/24/17 | CC | Read, Review & Take Note on Defendant's Motion In Limine Regarding Attorney Fees | 1.00 | $335.00 | $335.00 |
| 8/24/17 | CC | Read, Review, & Take Note on Defendant's Objections to Plaintiff's Statement and Identification of Exhibits | 1.20 | $335.00 | $402.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/28/17 | MW | Strategy meeting with co-counsel regarding trial | 1.30 | $372.00 | $483.60 |
|  | CC |  | 1.30 | $335.00 | $435.50 |
| 9/26/17 | CC | Read, Review & Take Note on Defendant's Motion For Judgment As Matter of Law | 2.00 | $335.00 | $670.00 |
| 9/26/17 | CC | Read, Review & Take Note on Defendant's Motion For New Trial | 3.00 | $335.00 | $1,005.00 |
| 10/6/17 | CC | Draft & File Plaintiff's Motion For Extension of Time To File Response to New Trial | 1.00 | $335.00 | $335.00 |
| 10/6/17 | CC | Draft & File Plaintiff's Motion For Extension of Time To File Response To Defendant's Renewed Motion For Judgment As A Matter of Law | 1.30 | $335.00 | $435.50 |
| 10/13/17 | MW | Review & Edit Plaintiff's Response To Defendant's Motion For New Trial | 1.40 | $335.00 | $469.00 |
| 10/19/17 | CC | Draft Plaintiff's Response to Defendant's Motion For Judgment As A Matter of Law | 3.30 | $335.00 | $1,105.50 |
| 10/20/17 | MW | Edit Plaintiff's Response to Defendant's Motion For Judgment As A Matter of Law | 1.40 | $335.00 | $469.00 |
| 10/20/17 | CC | Read, Review, & Edit Defendant's Reply to Defendant's Motion For New Trial | 1.30 | $335.00 | $435.50 |
| 10/27/17 | CC | Read, Review, & Note Defendant's Reply to Defendant's Renewed Motion for Judgment As A Matter of Law | 1.00 | $335.00 | $335.00 |
| 7/27/18 | CC | Read & Review Memorandum and Opinoin Granting Motion For Judgment As A Matter of Law | 1.30 | $335.00 | $435.50 |
| 8/24/18 | MW | Draft and File Notice of Appeal | 0.40 | $372.00 | $148.80 |
| 11/28/18 | MW | Meeting with co-counsel DB regarding JMOL and case history | 0.30 | $372.00 | $111.60 |
| 1/7/19 | MW | Strategy meeting with co-counsel regarding appeal and answerng background questions | 0.70 | $372.00 | $260.40 |
|  | CC |  | 0.70 | $335.00 | $234.50 |
| 1/21/109 | MW | Confer with co-counsel DB regarding missing trial exhibits | 0.20 | $372.00 | $74.40 |
|  | CC |  | 0.20 | $335.00 | $67.00 |
| 2/16/19 | MW | Review & Edit Plaintiff's Appellant Brief | 3.00 | $372.00 | $1,116.00 |
| 2/19/19 | MW | Stategy meetig with co-counel RZ & DB regarding appellant brief | 1.30 | $372.00 | $483.60 |
|  | CC |  | 1.30 | $335.00 | $435.50 |
| 2/20/19 | MW | Confer with co-counsel DB regarding trial exhibit citation issues | 1.00 | $372.00 | $372.00 |
|  | CC |  | 1.00 | $335.00 | $335.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/28/19 | MW | Confer with co-counsel DB regarding brief sufficiency | 0.40 | $372.00 | $148.80 |
| 2/28/19 | CC | | 0.40 | $335.00 | $134.00 |
| 4/25/19 | MW | Read, Review & Take Notes for Reply of Defendant's Appellees Brief | 3.30 | $372.00 | $1,227.60 |
| 5/1/19 | MW | Confer with co-counsel DB regarding settlement | 0.30 | $372.00 | $111.60 |
| | CC | | 0.30 | $335.00 | $100.50 |
| 5/8/19 | CC | Confer with co-counsel regarding settlement and discuss settlement offer | 0.50 | $372.00 | $186.00 |
| 5/8/19 | MW | | 0.50 | $335.00 | $167.50 |
| 5/21/19 | MW | Confer with co-counsel regarding settlement and counter offer | 0.30 | $372.00 | $111.60 |
| | CC | | 0.30 | $335.00 | $100.50 |
| 6/4/19 | MW | Review & Edit Draft of Plaintiff's Appellant Reply Brief | 2.40 | $372.00 | $892.80 |
| 10/30/19 | CC | Listen & Critique Oral Argument Practice with co-counsel Dan Brown, discuss possible questions | 1.00 | $335.00 | $335.00 |
| | MW | | 1.00 | $372.00 | $372.00 |
| 12/12/19 | MW | Read & Review Memorandum and Opinion of 5th Circuit Reversing Judgment As A Matter of Law & Remanding Case For Costs | 1.20 | $372.00 | $446.40 |
| 12/12/19 | MW | Confer with co-counsel DB regarding 5th circuit Opinion | 0.20 | $372.00 | $74.40 |
| | CC | | 0.20 | $335.00 | $67.00 |
| 12/19/19 | CC | Receive & Respond to email from Co-Counsel DB regarding settlement discussions with OC | 0.20 | $335.00 | $67.00 |
| 12/27/19 | MW | Read, Review & Take Note on Appellee's Petition For Re-hearing En Banc | 1.40 | $372.00 | $520.80 |
| 1/21/20 | MW | Read Order Denying Appellees Petition For Re-hearing En Banc | 0.20 | $372.00 | $74.40 |
| 2/5/20 | MW | Confer with Co-Counsel regarding fees and costs | 0.30 | $372.00 | $111.60 |
| | CC | | 0.30 | $335.00 | $100.50 |
| 2/20/20 | MW | Confer with Dan Brown regarding settlement offer from OC | 0.40 | $372.00 | $148.80 |
| 2/25/20 | CC | Calendar status hearing in frong of district judge on 3/5/2020 | 0.10 | $335.00 | $33.50 |
| 3/26/20 | CC | Prepare Declaration of Celetha Chatman | 1.00 | $335.00 | $335.00 |
| 3/26/20 | MW | Prepare Declaration of Michael Wood | 1.00 | $372.00 | $372.00 |
| 3/26/20 | MW | Compile time records and expenses. | 4.00 | $372.00 | $1,488.00 |

**Total Attorney Fees**                                                                 **118.80**          **$41,389.00**

| | |
|---|---|
| Filing cost | $400.00 |
| Service of summons and complaint | $225.00 |
| **Total Costs** | **$625.00** |
| | |
| **Total Fees & Costs** | **$42,014.00** |

Zimmer & Associates

Time and Expenses 1 Jean Jones v. PRA et al (16-cv-00572)

| Date | Atty | Task | Time | Rate | Total |
|---|---|---|---|---|---|
| 1/29/17 | RZ | Review case file including all pleadings, evidence, motions, etc. | 1.50 | $325.00 | $487.50 |
| 1/30/17 | RZ | Draft / file notice of attorney appearance | 0.25 | $325.00 | $81.25 |
| 2/18/17 | RZ | T/C with co-counsel regarding Plaintiff's MSJ and case strategy | 0.30 | $325.00 | $97.50 |
| 2/20/17 | RZ | Research / draft / file Plaintiff's MSJ | 4.00 | $325.00 | $1,300.00 |
| 3/13/17 | RZ | Read / review Defendant's MSJ | 1.00 | $325.00 | $325.00 |
| 3/14/17 | RZ | Research / draft / file Plaintiff's response opposing D's MSJ | 3.00 | $325.00 | $975.00 |
| 8/27/17 | RZ | Trial prep (case research / file review) | 3.00 | $325.00 | $975.00 |
| 8/28/17 | RZ | T/C with client re: trial strategy | 0.50 | $325.00 | $162.50 |
| 8/28/17 | RZ | T/C with co-counsel re: trial strategy | 1.30 | $325.00 | $422.50 |
| 8/29/17 | RZ | Attend pre-trial conference | 1.10 | $325.00 | $357.50 |
| 8/29/17 | RZ | Attend trial | 8.00 | $325.00 | $2,600.00 |
| 8/29/17 | RZ | Final trial prep; strategy re-adjustments during breaks | 1.80 | $325.00 | $585.00 |
| 10/13/17 | RZ | Further editing of Plaintiff's response to Defendant's Motion for New Trial | 0.75 | $325.00 | $243.75 |
| 2/16/17 | RZ | Review / edit working draft of Jean Jones' appeal brief | 2.50 | $325.00 | $812.50 |
| 2/19/19 | RZ | Review 2nd draft of Jean Jones' appeal brief | 0.50 | $325.00 | $162.50 |
| 2/19/19 | RZ | T/C with co-counsel re: Jean Jones' appeal brief | 1.00 | $325.00 | $325.00 |
| 2/22/19 | RZ | File Jean Jones' appeal brief & record excerpts; T/C with clerk re: paper copies | 0.30 | $325.00 | $97.50 |
| 4/24/19 | RZ | Receipt / review of PRA's brief | 0.50 | $325.00 | $162.50 |
| 6/4/19 | RZ | Review draft of Jean Jones' reply brief | 0.50 | $325.00 | $162.50 |
| 12/12/19 | RZ | T/C with client regarding 5th Cir. ruling in her favor, next steps procedurally | 0.30 | $325.00 | $97.50 |
| | | total for Attorney Robert Zimmer | | | |
| | RZ | **Total Attorney Fees** | **32.10** | **$325.00** | **$10,432.50** |



# INVOICE

Date: 03/08/2020

## Amy Clark Law

Phone: 5128505290

Email: amy@amyclarklaw.com

Jean Jones

1:16-cv-00572, Western District, Austin Division

## 00702-Jones

## Jones vs. Portfolio Recovery Associates, et al

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 08/22/2017 | E-file : e file Notice of Appearance of Counsel (Amy) | 0.20 | | |
| Service | 08/24/2017 | Receipt and Review of: mil re: RFA | 0.30 | $400.00 | $120.00 |
| Service | 08/25/2017 | Factual investigation of: requirements for a MIL --what is and is not appropriate for MIL | 0.50 | $400.00 | $200.00 |
| Service | 08/25/2017 | Factual investigation of: reviewing westlaw for MIL cases involving Austin courthourse | 0.50 | $400.00 | $200.00 |
| Service | 08/28/2017 | Travel to and from: home of JJ for trial prep | 1.20 | $200.00 | |
| Service | 08/28/2017 | Client meeting: trial prep with Jean Jones | 2.10 | $400.00 | $840.00 |
| Service | 08/28/2017 | Review file: docs for exhibits, including oddly numbered and out of order statements | 0.90 | $400.00 | $360.00 |
| Service | 08/28/2017 | Misc. Administration: assembly 4 binders (exhibit list) | 0.50 | | |
| Service | 08/28/2017 | Strategize: with RZ re: trial strategy --see paper notes | 0.50 | $400.00 | $200.00 |
| Service | 08/29/2017 | Attend: Pre-trial conference | 1.10 | $400.00 | $440.00 |
| Service | 08/29/2017 | Attend: Trial! | 8.00 | $400.00 | $3,200.00 |
| Service | 08/29/2017 | Trial Prep: final trial prep and re-adjustment | 1.80 | $400.00 | $720.00 |
| Expense | 08/29/2017 | | | | |
| Service | 10/13/2017 | Further editing of: Response to motion for new trial | 0.70 | $400.00 | $280.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 10/10/2018 | Telephone conference with: assigned mediator and OC | 0.60 | $400.00 | $240.00 |
| Service | 01/16/2019 | Reviewed: transcript for which exhibits got in to evidence and all testimony (and argument) relating to question of consumer debt | 0.90 | $400.00 | $360.00 |
| Service | 01/16/2019 | Draft and Prepare: notes regarding the 2 accounts of Ms. Jones purchased and collected by PRA -- make chart with the disc. docs with this info and the arguments of PRA re: insuf consumer debt evidence | 0.30 | $400.00 | $120.00 |
| Service | 03/07/2019 | Analyze legal position: re: judicial notice of SEC filing and govt report | 0.50 | $400.00 | $200.00 |
| Service | 03/07/2019 | Telephone conference with: SH at 5th re: judicial notice and docs to supplement record | 0.20 | $400.00 | $80.00 |
| Service | 03/08/2019 | Legal research: re: mt supplement and/or mt judicial notice in 5th -- case law and arguments and success rate | 1.40 | $400.00 | $560.00 |
| Service | 03/11/2019 | Draft and Prepare: brief memo summarizing legal research on mt supplement/judicial notice to be used in motion (or to help determine if mt will be filed) | 0.80 | $400.00 | $320.00 |
| Service | 04/24/2019 | Receipt and Review of: PRA's brief | 0.50 | $400.00 | $200.00 |
| Service | 04/24/2019 | Communicate with: OC and co-counsel re: MAC on exhibits;multiple emails and calls | 0.20 | $400.00 | $80.00 |

21.8 hours      $8,720.00
**Total**



**Jones v PRA - 5th Circuit Appeal - Daniel Brown Hours**

| Date | Description | Hours |
|---|---|---|
| 11/27/2018 | Review district court order granting JMOL and confer with MW re same | 0.6 |
| 11/28/2018 | Confer with MW re JMOL and case history | 0.3 |
| 1/4/2019 | Review JMOL order and research case law cited by court in support of ruling | 2.7 |
| 1/7/2019 | Review notes re appeal strategy (.3); prepare for and confer with working group re appeal strategy, case background questions (.4) | 0.7 |
| 1/15/2019 | Review trial transcript, jury verdict form, hearing transcripts re developing appeal strategy and identifying areas for further research (2.6); prepare for and confer with working group re appeal strategy, fact issues, and questions about the case record (.5) | 3.1 |
| 1/18/2019 | Troubleshoot trial exhibits not included in public record and confer with working group re same (.4); draft arguments re witness credibility and jury determinations (3.2); review 5th circuit rules to ensure compliance in opening brief (.4) | 4 |
| 1/21/2019 | Review issues with missing record documents and follow up re same (.3); prepare for and confer with working group re missing trial exhibits and request for deadline extension re same (.2) | 0.5 |
| 1/23/2019 | Follow up on new briefing deadline and missing trial exhibits | 0.3 |
| 2/11/2019 | Review trial transcript and case record for key facts and citations for support of primary arguments re sufficiency of evidence (2.4); draft opening appeal brief statement of the case with citations to trial transcript and trial exhibits (5.5); review, revise same (.8) | 8.8 |
| 2/12/2019 | Draft opening appeal brief arguments re witness credibility and inferences (3.5); research case law re same (2.6); review, revise draft and insert additional citations (.7) | 6.8 |
| 2/13/2019 | Research re issues about supplementing record (.3); review case law re same (.5); analyze strategic issues re same (.4); outline brief arguments (1.9); connect statement of the case to argument outline to ensure clarity and consistency in fact descriptions and legal arguments (2.8); research case law support for argument points and insert same into outline (1.4) | 7.3 |
| 2/14/2019 | Draft argument re purpose of FDCPA and importance of consumer protection (.9); draft standard of review (.4); draft argument re sufficiency of testimony and documentary evidence (2.4); case law research re same (.8); draft arguments re common knowledge and record supplements re same (1.3); research re private label credit cards and widespread use of same (.8); review CFPB report and include same in common knowledge arguments (.6); draft argument re court interpretation of Browne case (1.4); draft argument re PRA counsel statements at trial (1.1) review and edit entire brief and ensure all sections completed, for clarity, and for overall themes and persusasiveness (2.6) | 12.3 |

| Date | Description | Hours |
|---|---|---|
| 2/15/2019 | Review, edit entire brief (1.0); check record citations re same (.6); additional case law research re same (.6); edit common knowledge arguments and judicial notice issues (.5); edit statement of the case to ensure fluidity with arguments (1.3); review and edit entire brief after making additional changes (.9) ; draft email to working roup re same seeking comment (.3) | 5.2 |
| 2/16/2019 | Follow up research re verdict form and waiver arguments re same per MW comments; research issues re OC opening statement and admissions therein; confer with working group re next steps | 1.5 |
| 2/17/2019 | Prepare for and confer with RZ re argument strategy and changes to the brief re same | 0.6 |
| 2/18/2019 | Revise brief per working group comments and suggestions as well as to clarify aruguments and clean up grammar/phrasing | 1.3 |
| 2/19/2019 | Revise brief per working group comments (.8); analyze record excerpts re same (.5); case law research re same (.6); prepare for and confer with working group re revised brief and related strategy issues (.5); further revise brief to have complete, file-ready draft subject to further review and comment (1.0); NOT INCLUDED IN BILLED TIME: draft and format table of contents (.6); draft and formate table of authorities (2.0) | 3.4 |
| 2/20/2019 | Confer with working group re trial exhibit citation issues and troubleshoot same (.4); revise statement of the case for further clarity (.7) | 1.1 |
| 2/21/2019 | Review, edit brief per working group comments (.8); edit statement of the case to ensure not overly argumentative (.5); review common knowledge arguments and analyze strategy issues re same (.7) | 2 |
| 2/22/2019 | Make additional edits to statement of the case to avoid argumentative tone (.6); review and edit entire brief to ensure finalized and correct lingering typos or citation issues (1.4); confer with working group re final draft of brief (.2); NOT INCLUDED IN BILLED TIME: Prepare and file 5th Circuit Appearance Form (.3) | 2.2 |
| 2/25/2019 | Review order re issues with brief and follow up re same | 0.4 |
| 2/28/2019 | Prepare for and confer with working group re next steps for addressing order re brief sufficiency (.2); draft email to clerk's office re same seeking clarity (.3) | 0.5 |
| 3/5/2019 | Follow up re proposed sufficient brief and issues re exhibits | 0.2 |
| 3/6/2019 | Follow up re proposed sufficient brief and issues re exhibits | 0.2 |
| 3/11/2019 | Revise brief to address exhibit issues and order re brief sufficiency | 0.5 |
| 4/24/2019 | Analyze strategy issues re OC's email re motion to strike | 0.3 |
| 4/29/2019 | Email with OC re potential settlement (.2); update working group re same (.1); call with OC re potential settlement and update working group re same (.4); address issues re conflicts and ensure settlement discussions among parties do not have conflicts of interest in representation (.5) | 1.2 |
| 4/30/2019 | Email with OC re settlement issues | 0.3 |
| 5/1/2019 | Confer with working group re settlement issues | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 5/8/2019 | Confer with workingr group re settlement issues and present settlement offer to OC | 0.5 |
| 5/13/2019 | Confer with conflicts counsel re Jones settlement position (.2); draft motion to extend reply deadline and confer with OC re same (.3) | 0.5 |
| 5/14/2019 | Finalize motion to extend reply deadline (.2); NOT INCLUDED IN BILLED TIME: file motion to extend (.2) | 0.2 |
| 5/15/2019 | Review latest PRA settlement proposal and confer with working group re same | 0.3 |
| 5/21/2019 | Confer with working group re counter-proposale and email with OC re same (.3); confer with Jones conflicts counsel re Jones settlement position update (.2) | 0.5 |
| 5/24/2019 | Call with OC re settlement position and updates involving non-Jones parties (.3); update working group re same and analyze settlement strategy issues in light of new updates (.4); FUTURE SETTLEMENT TALKS BILLED TO OTHER MATTERS BECAUSE JONES SETTLEMENT UNLIKELY TO BE INCLUDED | 0.7 |
| 5/28/2019 | Confer with Jones conflicts counsel re Jones settlement position | 0.4 |
| 6/1/2019 | Review appellees' brief and outline responses to same | 2.2 |
| 6/3/2019 | Draft more fulsome outline of reply arguments (1.5); conduct fact research and legal research re same (1.6) | 3.1 |
| 6/4/2019 | Draft reply brief arguments re PRA attempts at misdirection and re-focusing on key facts in record (3.3); conduct additional fact and legal research re same (1.1); draft arguments re trial counsel misstatements and meaning of same for jury review (1.8); draft arguments re common knowledge and public information re jury inferences (1.8); draft reply argument re Browne case (1.5) review and revise entire brief for clarity, consistentcy, themes, and persuasiveness (2.0) | 11.5 |
| 6/5/2019 | Revise reply brief per working group comments (2.2); final review and edits, with additional legal research for further support of deference to jury (4.6); ADDITIONAL TIME NOT INCLUDED IN BILLED TIME: draft and formate table of contents (.3); draft and formate table of authorities (1.5) | 6.8 |
| 10/28/2019 | Submit oral argument confirmation | 0.2 |
| 10/30/2019 | Prepare oral argument talking points (1.1); draft introductory remarks (.5); rehearse oral argument introduction (.3); rehearse "cold bench" oral argument presentation (.4); brainstorm potential questions from panel and plot out responses to same (.5); additional case law research re same (.2) | 3 |
| 10/31/2019 | Confer with working group re oral argument cancellation | 0.1 |
| 12/12/2019 | Review 5th Circuit opinion reversing and remanding the case and confer with working group re same | 0.6 |
| 12/27/2019 | Review PRA's petition for re-hearing en banc and analyze issues re same | 0.4 |
| 1/21/2020 | Review court order denying petition for re-hearing | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 2/5/2020 | Confer with working group re fees and expenses and prepare settlement offer to PRA re fees | 0.3 |
| 2/20/2020 | Review PRA proposal to resolve outstanding issues and confer with working group re same | 0.3 |
| 2/21/2020 | Email OC re rejection and related issues with PRA proposal | 0.1 |
| 3/2/2020 | Call with OC re settlement issues and PRA's position and confer with working group re same | 0.6 |
| 3/3/2020 | Email to OC re response to settlement position by PRA | 0.5 |
| 3/24/2020 | Review time records and edit entries for typos and clarity; remove time entries that do not include properly billable work; draft declaration in support of reasonableness of accrued fees and expenses | 1 |
| 3/25/2020 | Review, revise declaration in support of fees | 0.2 |
| 4/1/2020 | Research re fee objections by PRA in Tejero and Ozmun cases for reference (.4); legal research re same and re reasonableness issues for cases with different attorneys handling different types of work (1.3); review, revise fee application re same (2.0) | 3.7 |
| 4/2/2020 | Review, revise fee application arguments re reasonableness of the hours billed and efficiency (.5); revise arguments re Johnson factors (.3) | 0.8 |

|  |  |
|---|---|
| TOTAL HOURS | 107.20 |
| HOURLY RATE | 425.00 |
| TOTAL FEES | 45,560.00 |

**Jones v PRA - 5th Circuit Appeal - Daniel Brown Expenses**

|  |  |
|---|---|
| Flight (includes reschedule after oral arg cancelled) | 735.45 |
| Hotel (1/2 of hotel expense, other 1/2 billed to Tejero) | 116.04 |
| TOTAL EXPENSES | 851.49 |