# EXHIBIT J



# UNITED STATES CONSUMER LAW

# ATTORNEY FEE SURVEY REPORT

# 2015-2016



## Ronald L. Burdge, Esq.

# United States Consumer Law
# Attorney Fee Survey Report 2015-2016

Survey Conducted By
and
Survey Report Authored By

Ronald L. Burdge, Esq.
Burdge Law Office Co. L.A.
8250 Washington Village Drive
Dayton, OH 45458-1850
Voice: 937.432.9500
Fax: 937.432.9503


Email: Ron@BurdgeLaw.com



Attribution, No Derivs
CC-BY-ND

This copyright license allows for redistribution, commercial and non-commercial, as long as all quoted and selected contents are passed along unchanged and with credit to the author.

Copyright © 2017, 2018 by R.L.Burdge
March 13, 2018

This publication contains the results of proprietary research.

This publication was created to provide accurate and authoritative information concerning the subject matter covered. The publisher is not engaged in rendering legal or other professional advice and this publication is not a substitute for the advice of an attorney or expert. If you require legal or other expert advice, you should seek the services of a competent attorney or other professional.

Texas, Austin

| Firm Size | 2.0 |
|---|---|
| Median Years in Practice | 14.0 |
| Concentration of Practice in Consumer Law | 70.3 |
| Primary Practice Area | Consumer Law |
| Secondary Practice Area | Bankruptcy |
| Last Time Rate Change Occurred (months) | 14.0 |
| Median Number of Paralegals in Firm | 2.0 |
| Average Paralegal Rate for All Paralegals | 111 |
| Average Attorney Rate for All Attorneys | 465 |
| 25% Median Attorney Rate for All Attorneys | 325 |
| Median Attorney Rate for All Attorneys | 430 |
| 75% Median Attorney Rate for All Attorneys | 525 |
| 95% Median Attorney Rate for All Attorneys | 725 |

Median Rate for Practice Areas

| | Median |
|---|---|
| Attorneys Handling Bankruptcy Cases | 400 |
| Attorneys Handling Class Action Cases | 510 |
| Attorneys Handling Credit Rights Cases | 440 |
| Attorneys Handling Mortgage Cases | 425 |
| Attorneys Handling Vehicle Cases | 430 |
| Attorneys Handling TCPA Cases | 425 |
| Attorneys Handling Other Cases | 475 |

Experience Variable Table

| Years Practicing Consumer Law | Average Attorney Hourly Rate |
|---|---|
| <1 | 180 |
| 1-3 | 200 |
| 3-5 | 350 |
| 6-10 | 375 |
| 11-15 | 510 |
| 16-20 | 550 |
| 21-25 | 500 |
| 26-30 | 505 |
| 31-35 | 526 |
| 36-40 | 725 |
| 41+ | 725 |